COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      In re Valero Refining - Texas, L.P. and Valero Refining Co. Texas

Appellate case number:   01-14-00149-CV

Trial court case number:  2012-56551

Trial court:                   215th District Court of Harris County

The Court requests a response from Real Party in Interest Harris County Appraisal District to the Petition for Mandamus.   The response, if any, should be filed with the Court by March 14, 2014.

It is so ORDERED.

Judge's signature: /s/ Rebeca Huddle
                       X  Acting individually      ☐ Acting for the Court


Date: February 20, 2014